# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2018

158412

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

*In re* ALLEN, Minors.

SC: 158412
COA: 337895
St. Clair CC Family Division:
14-000318-NA

_____/

On order of the Court, the application for leave to appeal the May 17, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2018



Clerk

p1023